

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2016

No. 04-15-00290-CR

Jose Miguel Garcia **VILLAREAL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 364138
Honorable Scott Roberts, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

The panel has considered appellant's motion for rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2016.



Keith E. Hottle
Clerk of Court